UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEAN STANLEY HAZEL,

    Plaintiff,

v.

ARNOLD HENRY KEGEBEIN, IRIS M.
LOPEZ, and the STATE OF MICHIGAN,

    Defendants.
_____/

Case No. 09-11384

Honorable Patrick J. Duggan

## **JUDGMENT**

This matter is before the Court on a motion to dismiss from Lopez and the State of Michigan. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** except as to Count III against Defendant Kegebein, which is **DISMISSED WITHOUT PREJUDICE**.

                        s/PATRICK J. DUGGAN
                        UNITED STATES DISTRICT JUDGE

Date: August 11, 2009

Copy to:
Dean Stanley Hazel
1028 N Monroe
Monroe, MI 48162

Michael F. Murphy, A.A.G.